**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MARIA LOPEZ                                    Case Number: 05-72925
        1907 ELM STREET             SSN-xxx-xx-9898
        ROCKFORD, IL  61102

                                                Case filed on:       6/9/2005
                                                Plan Confirmed on:   9/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,211.52          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 028 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | AMERICA'S SERVICING COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARIA LOPEZ | 0.00 | 0.00 | 111.52 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 111.52 | 0.00 |
| 001 | US BANK NATIONAL ASSOCIATION | 68,705.41 | 0.00 | 0.00 | 0.00 |
| 002 | CITIZENS FINANCE | 4,000.00 | 4,000.00 | 4,000.00 | 475.55 |
| 003 | WINNEBAGO COUNTY TREASURER | 1,101.00 | 33.07 | 0.00 | 33.07 |
|  | Total Secured | 73,806.41 | 4,033.07 | 4,000.00 | 508.62 |
| 002 | CITIZENS FINANCE | 1,422.94 | 1,422.94 | 71.89 | 0.00 |
| 004 | ACT MEDICAL GROUP | 23,606.97 | 23,606.97 | 1,192.75 | 0.00 |
| 005 | AFFILIATED SURGEONS OF ROCKFORD | 134.88 | 134.88 | 6.82 | 0.00 |
| 006 | BECKET & LEE, LLP | 713.52 | 713.52 | 36.05 | 0.00 |
| 007 | CAPITAL ONE | 694.69 | 694.69 | 35.10 | 0.00 |
| 008 | CFC FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SWEDISH AMERICAN HOSPITAL | 1,417.20 | 1,417.20 | 71.60 | 0.00 |
| 011 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FINGERHUT NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | B-LINE LLC | 391.00 | 391.00 | 19.75 | 0.00 |
| 014 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | JEFFERSON CAPITAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ASSET ACCEPTANCE CORP | 217.95 | 217.95 | 11.02 | 0.00 |
| 019 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 3,694.36 | 3,694.36 | 186.66 | 0.00 |
| 022 | ROCKFORD UROLOGICAL ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | UNITED CREDIT SERVICE INC | 1,695.00 | 1,695.00 | 85.64 | 0.00 |
|  | Total Unsecured | 33,988.51 | 33,988.51 | 1,717.28 | 0.00 |
|  | Grand Total: | 109,158.92 | 39,385.58 | 7,192.80 | 508.62 |

Total Paid Claimant:      $7,701.42
Trustee Allowance:        $510.10          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   5.05             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                            _/s/ Lydia S. Meyer_____
                                            Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008                By  /s/Heather M. Fagan